FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION 2011 JAN 13 AM 9:07

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.                                                               **CASE NO. 3:09-cv-601-J-20JBT**

**NAOMI E. KELLEY,**
**Defendant.**
_____/

## ORDER

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 14), addressing Plaintiff's Motion for Entry of Default Judgment (Dkt. 11). The Magistrate Judge recommended the motion be denied, the action be dismissed without prejudice, and the case closed. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 14) is adopted; and

2. Plaintiff's Motion for Entry of Default Judgment (Dkt. 11) is **DENIED**;

3. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with Local Rule 1.07(b); and

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 12 day of January, 2011.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Steven M. Davis, Esq.
Naomi E. Kelley
    1828 Tanglewood Road
    Jacksonville, FL 32250